UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                :

CRISTIAN SANCHEZ,                           :

                                   Plaintiff,         :

                                                    :         22-CV-4912 (VSB)

                     -against-                 :

                                                    :               **ORDER**

MIMA USA LLC,                               :

                                 Defendant.   :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 11, 2022, (Doc. 1), and filed an affidavit of service on July 26, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was August 1, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 9, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 2, 2022
             New York, New York

                                                                 VERNON S. BRODERICK
                                                                 United States District Judge